IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAZON FLOWERS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-1484 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this ___24th___ day of October, 2016, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 14), Defendant's Response to Request for Review of Plaintiff (Doc. 19), the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. 21), and Plaintiff's Objections to the Report and Recommendation (Doc. 22), **IT IS ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and

3. Judgment is entered affirming the decision of the Acting Commissioner of Social Security.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**